Jerry Rowland, a Minor, by His Mother and Next Friend, Lorraine Rowland, Appellant, v. Wilhelm T. Palm, Appellee.

Gen. No. 11,475.

Second District, First Division.

February 23, 1961.

Russel
J. Goldman and Roald A. Jacobson, of Rockford, for appellant; Miller, Thomas, Hickey & Collins, of Rockford, for appellee. Opinion by JUDGE DOVE. Not to be published in full.